```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 05 B 33329
   JOHN G CLARK
   PAMELA L CLARK                                 CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6802     SSN XXX-XX-8278
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/23/05 and confirmed on 12/02/05.

    2.  The case was dismissed after confirmation, 11/14/2008.

    3.  The Debtor paid a total of $  46635.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | 32299.46 | .00 | 32299.46 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 3785.00 | .00 | 3785.00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 3026.92 | .00 | .00 |
| CAB SERVICES INC | UNSECURED | 510.00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF HEALTHCARE & | PRIORITY | 2516.77 | .00 | 1252.00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES INC | UNSECURED | 80.15 | .00 | .00 |
| NICOR GAS | UNSECURED | 912.25 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL/LO | SECURED VEHIC | 1200.00 | .00 | 1200.00 |
| BENJAMIN LEGAL SERVICES | REIMBURSEMENT | 220.00 | .00 | 220.00 |
| AMERICREDIT FINANCIAL | UNSECURED | 1388.40 | .00 | .00 |
| AMERICREDIT FINANCIAL/LO | UNSECURED | 3591.94 | .00 | .00 |
| CAB SERVICES INC | UNSECURED | 100.00 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ILLINOIS BELL TELEPHONE | UNSECURED | 1013.61 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1737.61 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 3675.42 | .00 | 3675.42 |

            Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

---

```
TOTAL CLMS ALLOWED      40959.88        2736.77      12360.88          .00      56057.53
PRINCIPAL PAID          40959.88        1472.00           .00          .00      42431.88
INTEREST PAID                .00             .00           .00          .00            .00
TOTAL PAID              40959.88        1472.00           .00          .00      42431.88
```

The Debtor's attorney, BENJAMIN LEGAL SERVICES         , was allowed $   2200.00 and was paid $   2200.00 .

The Trustee received $    2003.12 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/09/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE